The Law Office of
# JOSEPH K. GOLDBERG

2080 Linglestown Road
Suite 106
Harrisburg, PA 17110

717-703-3600
717-635-2062 (fax)
jgoldberg@ssbc-law.com

April 9, 2009

The Honorable John E. Jones, III
United States District Judge
United States District Court for the
 Middle District of Pennsylvania
Federal Building
Third and Walnut Streets
Harrisburg, PA
**BY ELECTRONIC FILING**

Re:   *Festevole v. Encore Receivable Management, Inc.* - Civil No. 1:09-cv-370

Dear Judge Jones:

This is to inform you that the parties have settled the above-referenced case, and have entered into a written agreement to that effect. We respectfully ask that you issue an Order reflecting the settlement, with a 60-day period to re-open if necessary.

Thank you for your assistance with this matter.

Very truly yours,

Joseph K. Goldberg

cc: Rachel Ommerman, Esq. (counsel for Defendant)
    By e-mail